IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TERRY LEE BAXTER and
IDA ANN BAXTER,

      Plaintiffs,

vs.                             CASE NO.: 5:05CV118-SPM/AK

DEEP SEA FISHING, CHARTERS
AND EXCURSIONS, INC.,

      Defendant.
_____/

## ORDER OF DISMISSAL

This cause comes before the Court upon Plaintiffs' Ex-Parte Motion to Dismiss (doc. 4), which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Based on the foregoing, this case has been voluntarily dismissed without prejudice. The clerk is directed to close the case file.

SO ORDERED this 26th day of September, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge